[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 8:04-bk-12338-MGW
                                                                Chapter 7
Service Now, Inc.

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on October 2, 2014, by Elizabeth D. Moneymaker on behalf of Goodman Distribution, Inc., successor in interest to Pioneer Metal, Inc. Having verified that the sum of $25,505.80 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 25,505.80 to:

Goodman Distribution, Inc.
c/o Elizabeth D. Moneymaker
401 North Cattlemen Road, Suite 300
Sarasota, FL 34232-6438

Dated: December 12, 2014

Michael G. Williamson
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.